**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **DENIS ALEJANDRO LARA SANCHEZ,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

CIVIL ACTION NO. 2:25-cv-31 Kleeh

ELECTRONICALLY
FILED
11/26/2025
U.S. DISTRICT COURT
Northern District of WV

**COMPLAINT**

Plaintiff, the United States of America, by and through the United States Attorney for the Northern District of West Virginia, alleges as follows:

**JURISDICTION AND VENUE**

1.      This action is brought by the United States pursuant to 28 U.S.C. § 1345.  Venue is proper in this district under 28 U.S.C. § 1391(b)(1) because Defendant resides within this judicial district and division.

**PARTIES**

2.      Plaintiff is the United States, acting on behalf of the United States Department of Homeland Security ("DHS"), including its component agency, U.S. Immigration and Customs Enforcement ("ICE").

3.      Defendant Denis Alejandro Lara Sanchez ("Defendant") is an individual indebted to the United States for a civil penalty assessed for failure to voluntarily depart the country within the required time period.  The total principal amount of the civil monetary penalty, plus applicable interest as of October 31, 2025, is $160,029.71.  Exhibit A.

1

## LEGAL BASIS FOR THE PENALTY

4.      The civil penalty arises under Section 274D(a) of the Immigration and Nationality Act ("INA"), codified at 8 U.S.C. § 1324d(a), and enforced under 8 C.F.R. Part 280.  Section 1324d(a) provides that any alien subject to a final removal order who willfully fails or refuses to depart shall pay a civil penalty.

5.      Pursuant to 8 C.F.R. § 280.53(b)(14), the penalty is set at $988 per day for each day of violation.

## FACTUAL ALLEGATIONS

6.      Defendant is a citizen of Honduras who resides unlawfully in the United States and is subject to removal.  Defendant's last known address being 17 Douglas Drive, Moorefield, West Virginia, 26836-2103.

7.      Defendant received written notice of the time, date, and location of his removal hearing pursuant to INA §§ 239(a)(1) and (2), and was advised in writing of the consequences of failing to appear without exceptional circumstances as defined in INA § 240(e)(1), including the possibility of an order of removal in absentia.  *See* Exhibit B.

8.      Defendant failed to appear at the removal hearing despite proper notice.  *Id.*  No exceptional circumstances were shown.  *Id.*  The immigration court conducted the hearing in absentia under INA § 240(b)(5)(A), found the factual allegations in the Notice to Appear to be true, and concluded removability was established.  *Id.*

9.      On December 4, 2024, the immigration judge entered a Final Order of Removal ordering that Defendant be removed from the country after he failed to appear.  *Id.*

10. Following entry of the Final Order of Removal, Defendant became liable for a civil penalty of $988 per day under 8 U.S.C. § 1324d and 8 C.F.R. § 280.53.

11. On May 13, 2025, ICE prepared a Notice of Intent to Fine ("NIF") to Defendant for a civil penalty of $158,682.00. *See* Exhibit A; Exhibit C. ICE calculated the penalty by multiplying $998 by 159 days, representing the number of days elapsed since the Final Order of Removal. *Id.*

12. On or about June 2, 2025, ICE mailed the NIF to the debtor at his last known address and it was delivered on June 4, 2025. *See* Exhibit A; Exhibit D.

13. On June 29, 2025, a Final Order Imposing Penalty was issued and found that the NIF had been served upon Defendant and that no answer had been filed within 30 days of service. *See* Exhibit E. The Final Order Imposing Penalty assessed a civil penalty of $158,682.00 against Defendant. *Id.*

14. On July 8, 2025, the United States made a demand for payment upon Defendant for the amount due. *See* Exhibit F.

15. On July 21, 2025, the United States sent Defendant a past due notice for the amount due. *See* Exhibit G.

16. No payment has been made, and ICE's records show Defendant has not departed the United States. *See* Exhibit A.

17. ICE has calculated the total debt due as of October 31, 2025 to be $160,029.71, which includes the principal debt amount of $158,682.00 and interest in the amount of $1,347.71. *Id.*

## FIRST CLAIM FOR RELIEF

### Civil Penalties for Failure to Depart – 8 U.S.C. § 1324d(a)

18. Defendant violated Section 274D(a) of the INA, codified at 8 U.S.C. § 1324d(a), and is subject to civil penalties recoverable in this action.

19. Section 1324d(a) of Title 8 provides that "[a]ny alien subject to final order of removal who willfully fails or refuses to depart from the United States pursuant to the order shall pay a civil penalty of not more than $500 to the Commissioner for each day the alien is in violation of this section." This amount was adjusted for inflation to $998 per day pursuant to 8 C.F.R. § 280.53(b)(14).

20. Defendant is indebted to the United States in the total amount of $160,029.71. The penalty covers the dates of December 5, 2024, starting the first day after entry of the Final Order of Removal, to May 13, 2025, the date of the NIF, for a total principal amount of $158,682.00. *See* Exhibit A. Further, the United States is entitled to interest on the total debt as of October 31, 2025 in the amount of $1,347.71. *Id.*

## PRAYER FOR RELIEF

21. WHEREFORE, Plaintiff United States of America prays judgment be entered against Defendant Denis Alejandro Lara Sanchez for $160,029.71, plus interest, penalties, costs and fees that have accrued to the date of judgment; and thereafter, interest accruing at the legal rate; and any other relief the Court deems just and proper.

Dated: November 26, 2025

                          Respectfully Submitted,

                          MATTHEW L. HARVEY
                          UNITED STATES ATTORNEY

                    By:   /s/ Morgan S. McKee
                          Assistant United States Attorney
                          WV Bar No. 12669
                          1125 Chapline St. Suite 3000
                          P.O. Box 591
                          Wheeling, WV 26003
                          Phone: (304) 234-0100
                          Morgan.Mckee@usdoj.gov


                    By:   /s/ Christopher J. Prezioso
                          Assistant United States Attorney
                          WV Bar No. 9384
                          1125 Chapline St. Suite 3000
                          P.O. Box 591
                          Wheeling, WV 26003
                          Phone: (304) 234-0100
                          Christopher.J.Prezioso@usdoj.gov