



## COMPLETE THIS SECTION ON DELIVERY

**A.** Signature

X _Shawn Mr_ ☑ Agent
☐ Addressee

**B.** Received by (Print Name) 9016 CRDS SCREENING

**C.** Date of Delivery
JUN 09 A.M.

*Notice of Mail and Parcel Inspection*

**D.** Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

**3.** Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**1.** Article Addressed to:

PHI

_Delivered 04 June 2025_

**2.** Article Number (Transfer from service label)

9589 0710 5270 3112 2912 26

9590 9402 9489 5069 9336 45

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt