U.S. DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

FINAL ORDER IMPOSING PENALTY UNDER INA § 275(b) IMPROPER ENTRY BY ALIEN
§ 240B FAILURE TO DEPART VOLUNTARILY, § 274D FAILURE TO COMPLY WITH FINAL ORDER OF
REMOVAL

In the Matter of: ▇▇▇▇▇▇▇    Denis Alejandro LARA SANCHEZ                , Respondent
                 A-Number                  Alien Name

17 Douglas Drive, Moorefield, WV 26836                  PHI    – NIF  – 274D – ▇▇▇▇▇▇
Alien Mailing Address                                   Penalty Tracking Number

---

**§275(b) – Improper Entry by Alien**

On _____, a Form I-79, Notice of Intention to Fine was served upon the alien stating the allegations and charge, and the civil monetary penalty amount to be imposed, you were apprehended (or attempting to enter) the United States at a time and place other than as designated by immigration officers.

**§240B – Failure to Voluntarily Depart**

On _____, a Form I-79, Notice of Intention to Fine was served upon the alien stating the allegations and charge, and the civil monetary penalty amount to be imposed upon the alien for failure to voluntarily depart the United States within the time specified in an order permitting voluntary departure.

**§274D – Failure or Refusing to Comply with a Final Order**

On  05/30/2025   , a Form I-79, Notice of Intention to Fine was served upon the alien stating the allegations and charge, and the civil monetary penalty amount to be imposed upon the alien for willfully failing or refusing to comply with a final order of removal.

On the Form I-79, Notice of Intention to Fine, the alien was advised of their right to contest the civil monetary penalty by, within 30 days from service of the Notice of Intention to Fine, submitting a written defense in duplicate, under oath, setting forth the reasons why a civil monetary penalty should not be imposed, and stating whether a personal appearance for interview is desired.

In response to the Form I-79, Notice of Intention to Fine, the alien:

☐ Filed an answer admitting the allegations in the Form I-79, Notice of Intention to Fine.

☑ Did not file an answer within 30 days following the service of the Form I-79, Notice of Intention to Fine.

Pursuant to 8 C.F.R. § 280.13(a), the allegations and charge are **SUSTAINED**.

As deemed appropriate, it is ordered that a civil monetary penalty be imposed upon the alien in the amount of:

$_____ pursuant to section **275(b)** of the Immigration and Nationality Act, 8 U.S.C. § 1325(b).

$_____ pursuant to section **240B(d)** of the Immigration and Nationality Act, 8 U.S.C. § 1229c(d).

$ 158,682.00 pursuant to section **274D(a)** of the Immigration and Nationality Act, 8 U.S.C. § 1324d(a).

No appeal from this decision may be taken. 8 C.F.R. § 280.13(a). DHS will issue an invoice and instructions for payment of the imposed civil monetary penalty.

Brian Peterson                SDDO                    Peterson, 3951  Digitally signed by Peterson, 3951
                                                                     Date: 2025.07.04 13:03:40 -07'00'
Deciding Official Name        Deciding Official Title   Deciding Official Signature and Date