U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Final Order Removal
PO Box 19438
Springfield, IL 62794-9438



RETURN SERVICE REQUESTED

Denis Alejandro LARA SANCHEZ
17 DOUGLAS DR
MOOREFIELD WV 26836-2103

## PAST DUE NOTICE

**Centralized Receivables Service**

| | |
|---|---|
| CRS INVOICE NUMBER: | 26001756335 |
| AGENCY REFERENCE: | PHINIF274D████ |
| INVOICE DATE: | 07/08/2025 |
| DATE OF THIS NOTICE: | 07/21/2025 |
| AMOUNT DUE: | $158,682.00 |

Please disregard this notice if you have already paid your debt(s) in full or contacted Centralized Receivables Service (CRS) and made other payment arrangements.

According to our records, you have not paid your debt(s) owed to the U.S. Department of Homeland Security. Payment is past due, and the total amount due as of the date of this notice is $158,682.00.  This includes principal and accrued interest, administrative costs, and penalties if applicable.

Principal balance:  $158,682.00
**Total amount due:   $158,682.00**

Civil penalties are being imposed under the Immigration and Nationality Act due to your failure to timely depart the U.S. following a final removal order. Notwithstanding any timeframes specified in this letter, if you fail to pay the full amount on or before the deadline listed below, the Department of Justice may initiate legal proceedings against you at any time. However, you can avoid payment if you voluntarily depart the United States immediately. See Additional Notifications page.

Federal agencies are generally required to assess interest, administrative costs and penalties on past due amounts. Interest accrues at the annual rate of 5% on any amount outstanding from the Invoice Date. Administrative costs include processing and handling of unpaid balances. A penalty will be assessed at the annual rate of 6% on any amount outstanding after 91 days from the Invoice Date. You can avoid further assessment of any charges if we receive payment for the total amount due immediately.

Your Invoice, dated 07/08/2025, previously notified you of the additional collection actions that may be taken against you if you fail to pay the full amount within 60 days from the date of the Invoice.  In addition, we previously notified you of all your rights with respect to the amount owed. Unless otherwise specified in the prior notice, if you wish to exercise any of your rights, we must receive your request on or before 60 days from the date of this notice.

Questions or requests to exercise any of your rights should be directed to the Centralized Receivables Service at 1-888-576-0663, or by writing to the following address:

U.S. Department of Homeland Security
U.S. Immigration & Customs Enforcement
Final Order Removal
PO Box 19296
Springfield, IL 62794-9296

FIVPD-0721-2205668068-00271-271

Your prompt attention to this matter is appreciated.

CRS Payment Servicing Specialist
1-888-576-0663

**Please see your payment options on the
PAYMENT OPTIONS page.**

FIVPD-0721-2205668068-00271-271

## PAYMENT OPTIONS

**You have the following options to make full payment of the amount due:**

**Payment by Internet:** Make an on-line payment 24 hours a day/7 days a week using your checking/savings account or card at the CRS Invoice Payment Portal: https://crsportal.fiscal.treasury.gov/



CRS Invoice Number: 26001756335
Zip Code: 26836

*Contact CRS at 1-888-576-0663 if you require assistance in making payment.

**Payment by Phone:** Make a payment by calling 1-888-576-0663 between the hours of 8 AM and 8 PM Eastern Time, Monday through Friday, excluding Holidays. Please have your checking/savings account or card information available before calling.

**Contact the Centralized Receivables Service at 1-888-576-0663**
with any questions about this invoice or available payment options.

FIVPD-0721-2205668068-00271-271

FIVPD-0721-2205668068-00271-271